IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wamble, Bruce Fielding | Case Number: 04 B 34493 |
|---|---|---|
| | Farr-Wamble, Margaret Louise | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 23, 2007
Confirmed: November 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 39,255.00 |  |
| Secured: |  | 36,019.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,280.00 |
| Trustee Fee: |  | 1,946.67 |
| Other Funds: |  | 8.41 |
| Totals: | 39,255.00 | 39,255.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,280.00 | 1,280.00 |
| 2. | Deutsche Bank National Trustee | Secured | 34,333.74 | 29,697.10 |
| 3. | Harris Bank | Secured | 9,112.90 | 3,182.48 |
| 4. | Deutsche Bank National Trustee | Secured | 8,259.93 | 3,033.03 |
| 5. | CitiFinancial | Secured | 327.52 | 107.31 |
| 6. | Fleet Credit Card Service | Unsecured | 222.17 | 0.00 |
| 7. | Bud's Ambulance | Unsecured | 5.70 | 0.00 |
| 8. | Harris Bank | Unsecured | 965.59 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 94.68 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 707.18 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 15.83 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 7.50 | 0.00 |
| 13. | AT&T Wireless | Unsecured | 180.45 | 0.00 |
| 14. | Asklepios Medical Group | Unsecured | | No Claim Filed |
| 15. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 16. | Anthony Buckles Md | Unsecured | | No Claim Filed |
| 17. | AT&T Wireless | Unsecured | | No Claim Filed |
| 18. | Belhaven Health-Care | Unsecured | | No Claim Filed |
| 19. | Cardiology Consultants | Unsecured | | No Claim Filed |
| 20. | Cardiology | Unsecured | | No Claim Filed |
| 21. | Consultants In Lab Med | Unsecured | | No Claim Filed |
| 22. | Evergreen Anesthesia | Unsecured | | No Claim Filed |
| 23. | Home Depot | Unsecured | | No Claim Filed |
| 24. | Roseland Community Hospital | Unsecured | | No Claim Filed |
| 25. | Newport News | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wamble, Bruce Fielding | Case Number: 04 B 34493 |
|---|---|---|
| | Farr-Wamble, Margaret Louise | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 9/16/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 27. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 28. | Radio Shack | Unsecured | | No Claim Filed |
| 29. | Poly Chronopol | Unsecured | | No Claim Filed |
| 30. | Social Security Administration | Unsecured | | No Claim Filed |
| 31. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 32. | Wells Fargo | Unsecured | | No Claim Filed |

$ 55,513.19          $ 37,299.92

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 416.00 |
| 4% | 188.04 |
| 3% | 189.72 |
| 5.5% | 803.38 |
| 5% | 80.73 |
| 4.8% | 268.80 |

$ 1,946.67

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_